Dismissed and Opinion filed August 8, 2002









Dismissed and Opinion filed August 8, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00468-CV

____________

 

RAMAN MULLICK, Appellant

 

V.

 

ASHOK DORA AND DELTEX INTERNATIONAL, INC., Appellees

 



 

On
Appeal from the 164th District Court

Harris
County, Texas

Trial
Court Cause No. 93-33600C

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed February 1, 2002.

On August 5, 2002, appellant filed a motion to dismiss the appeal
because the case has been settled.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed August 8, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.3(b).